

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  ALLISON REESE
   Assistant United States Attorney
4  Nevada Bar Number 13977
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Allison.Reese@usdoj.gov
   *Representing the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                         **DISTRICT OF NEVADA**

9  IN THE MATTER OF THE SEARCH OF:

10 THE PREMISES LOCATED AT               Case No. 2:21-mj-527-DJA
   1732 SOUTH LUCKY STREET
11 CITY OF LAS VEGAS, NV 89104           **GOVERNMENT'S MOTION TO UNSEAL**
   COUNTY OF CLARK,                      **CASE**
12 STATE OF NEVADA

13     The United States of America, by and through its attorneys, CHRISTOPHER CHIOU,

14 Acting United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully

15 moves this Court for an Order to UNSEAL the instant case.

16 **DATED**: August 24, 2021.

17                                         Respectfully,

18                                         CHRISTOPHER CHIOU
                                           Acting United States Attorney
19
                                           *Allison Reese*
20                                         _____
                                           ALLISON REESE
21                                         Assistant United States Attorney

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT<br>1732 SOUTH LUCKY STREET<br>CITY OF LAS VEGAS, NV 89104<br>COUNTY OF CLARK,<br>STATE OF NEVADA | Case No. 2:21-mj-527-DJA<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

**DATED** this 26th day of August, 2021.

_____
HON. DANIEL J. ALBREGTS
United States Magistrate Judge

2